IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT N. WASHINGTON,

     Plaintiff,                  No. 2:09-cv-1677 JFM (PC)

    vs.

CAPTAIN FOX, et al.,

     Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 24, 2009, plaintiff was directed to complete the application form and provide a certified copy of his trust account statement in support. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided one final opportunity to submit the certified copy of the prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff is cautioned that failure to provide this form, as required by 28 U.S.C. § 1915(a)(2) and this order, will result in the dismissal of this action.

/////

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall
2   submit, within thirty days from the date of this order, a certified copy of his prison trust account
3   statement for the six month period immediately preceding the filing of the complaint. Plaintiff's
4   failure to comply with this order will result in dismissal of this action without prejudice.
5   DATED: July 30, 2009.

UNITED STATES MAGISTRATE JUDGE

/kly;001
wash1677.3e